IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROHAN KIRK WHITE,          :
                           :
    Petitioner             :
                           :
    v.                     :      CIVIL NO. 4:CV-13-2491
                           :
THOMAS DECKER, ET AL.,     :      (Judge Brann)
                           :
    Respondents            :

## **ORDER**

April 25, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.


            BY THE COURT:

            s/Matthew W. Brann
            Matthew W. Brann
            United States District Judge

1